# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAI MARTINEZ,<br><br>    Petitioner,<br> vs.<br>G.D. LEWIS,<br><br>    Respondent. | Case No. CV 12-6009 DSF (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 10-21-13

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE